SAMUEL KULLMAN, Appellant, v. HENRY BROWN, Doing Business under the Firm

Name, etc., Respondent.— Judgment and order of the County Court of Westchester county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.